UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, | Civil No. 06-CV-382-L(CAB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR JUDGMENT AND PERMANENT INJUNCTION [doc. #13]** |
| v. | |
| DORIS MONES, | |
| Defendant. | |

Having received and considered the parties' joint motion for judgment and permanent injunction and good cause appearing, **IT IS ORDERED** granting the joint motion for judgment and permanent injunction as set forth in the moving papers [doc. #13]. **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment in accordance with this Order.

**IT IS SO ORDERED.**

DATED: April 10, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL